**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| WENCESLAO BAHENA-MARTINEZ, | No. 08-71948 |
| Petitioner, | Agency No. A095-450-307 |
| v. | |
| ERIC H. HOLDER, Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted January 10, 2011[**]

Before:     BEEZER, TALLMAN, and CALLAHAN, Circuit Judges.

Wenceslao Bahena-Martinez, a native and citizen of Mexico, petitions pro se

for review of the Board of Immigration Appeals' ("BIA") order denying his

motion to reconsider. We have jurisdiction under 8 U.S.C. § 1252. We review for

abuse of discretion the denial of a motion to reconsider. *Mohammed v. Gonzales*,

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

400 F.3d 785, 791 (9th Cir. 2005).  We deny in part and dismiss in part the petition for review.

In his opening brief, Bahena-Martinez fails to address, and therefore has waived any challenge to, the BIA's April 29, 2008, decision denying his motion to reconsider.  *See Martinez-Serrano v. INS*, 94 F.3d 1256, 1259-60 (9th Cir. 1996) (issues not specifically raised and argued in a party's opening brief are waived).

We lack jurisdiction to review the BIA's underlying order dismissing Bahena-Martinez's direct appeal because this petition for review is not timely as to that order.  *See Singh v. INS*, 315 F.3d 1186, 1188 (9th Cir. 2003).

Petitioner's December 14, 2010, motion to file a corrected opening brief is granted.

**PETITION FOR REVIEW DENIED in part; DISMISSED in part**.

08-71948